1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   JESUS JOSE CANELA,                      Case No. 24-cv-01857 BLF (PR)

12               Plaintiff,                  **ORDER GRANTING EXTENSION**
                                             **OF TIME TO FILE NON-PRISONER**
13        v.                                 **APPLICATION TO PROCEED *IN***
                                             ***FORMA PAUPERIS*****;**
14   CONTRA COSTA SHERIFF'S DEPT,            **TERMINATING PRIOR MOTIONS**
     et al.,
15
                                             (Docket No. 2, 5)
16               Defendants.

17

18        On March 26, 2024, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983

19   in *pro se*, against various law enforcement agencies.  Dkt. No. 1.  Along with the

20   complaint, Plaintiff filed an *In Forma Pauperis* ("IFP") Application which was deficient

21   because he failed to submit a Certificate of Funds in Prisoner's Account completed and

22   signed by an authorized officer at the facility, and a copy of his prisoner trust account

23   statement showing transactions for the last six months.  Dkt. No. 2.  Therefore, on the

24   same date, the Clerk of this Court sent Plaintiff a notice that he must correct the

25   deficiencies within twenty-eight days of the notice in order to proceed with this action or

26   face dismissal.  Dkt. No. 3.  Plaintiff filed another IFP motion on April 8, 2024, which is

27   deficient for the same reason.  Dkt. No. 5.  The matter was reassigned to the undersigned

28   on April 26, 2024.  Dkt. No. 9.

United States District Court
Northern District of California

Plaintiff recently filed a notice of change of address, providing what appears to be an address for a private residence.  Dkt. No. 7.  It appears that Plaintiff is no longer in custody and must therefore file a non-prisoner IFP application.

Accordingly, the Court finds good cause to *sua sponte* grant Plaintiff an extension of time to resolve the fee matter.  In the interest of justice, Plaintiff is granted an extension of time to file a complete a "Non-prisoner Application to Proceed *In Forma Pauperis.*"  Plaintiff shall file the complete IFP application **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to file a complete Non-Prisoner IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

The Clerk shall enclose a copy of the court's "Non-Prisoner Application to Proceed *In Forma Pauperis*" with a copy of this order to Plaintiff.

Plaintiff's prior IFP motions are DISMISSED as moot.  The Clerk shall terminate Docket Nos. 2 and 5.

**IT IS SO ORDERED.**

Dated:  __**April 29, 2024**_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Non-Prisoner IFP
P:\PRO-SE\BLF\CR.24\01857Canela_eot-ifp(non-pris).docx

United States District Court
Northern District of California