UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JOSE CANELA,<br><br>        Plaintiff,<br><br>    v.<br><br>CONTRA COSTA SHERIFF'S DEPT, et al.,<br><br>        Defendant. | Case No. 24-cv-01857 BLF<br><br>**ORDER OF DISMISSAL** |

On March 26, 2024, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 in *pro se*, against various law enforcement agencies. Dkt. No. 1. Along with the complaint, Plaintiff filed an *In Forma Pauperis* ("IFP") Application which was deficient because he failed to submit supporting documentation. Dkt. No. 2. Therefore, on the same date, the Clerk of this Court sent Plaintiff a notice that he must correct the deficiencies within twenty-eight days of the notice in order to proceed with this action or face dismissal. Dkt. No. 3. Plaintiff filed another IFP motion on April 8, 2024, which is deficient for the same reason. Dkt. No. 5. The matter was reassigned to the undersigned on April 26, 2024. Dkt. No. 9.

Because Plaintiff filed a notice of change of address which indicated that he was no

longer in custody, Dkt. No. 7, the Court sent Plaintiff instructions to file a complete "Non-prisoner Application to Proceed *In Forma Pauperis*" within twenty-eight days from April 29, 2024, or face dismissal without further notice.  Dkt. No. 10.

The deadline for responding to the court order has passed, and Plaintiff has failed to respond.  *Id.*  Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __June 10, 2024____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.24\01857Canela_dis-ifp