UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS JOSE CANELA,

    Plaintiff,

    v.

CONTRA COSTA SHERIFF'S DEPT, et al.,

    Defendant.

Case No. 24-cv-01857 BLF

**JUDGMENT**

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __June 10, 2024____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\01857Canela_judgment